6/24/70    FILED Motion for transfer of proceedings under §1407 by Pl. Northway Coin-
           Clean, INc., Brief of Pl. in the W.D. of Penn. in support of motion for
           transfer of case for coordinated and consolidated pretrial proceedings,
           and certificate of service.

7/2/70     FILED Motion to Dismiss by Def. Borg-Warner to Pl. Motion for transfer

9/14/70    Filed Order denying pl.'s motion to transfer the Norge Cleaning Village
           Litigation.  Order sent to all counsel, involved judges and clerks.

DOCKET NO. ___53___

## DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### Description of Litigation

DOCKET NO. 53 - NORGE CLEANING VILLAGE LITIGATION  DENIED 9/14/70

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|-----|---------|------------------------|-------|---------------|-------|
| A-1 | Central-Penn Cleaners, Inc., et al v. Borg-Warner Corp. | M.D. Penn. 8767 | | | |
| A-2 | Grace Martin v. Borg-Warner Corp. | M.D. Penn. 8768 | | | |
| A-3 | Blatt Bros. United Laundry v. Borg Warner Corp. | M.D. Penn. 9095 | | | |
| A-4 | Northway Coin-Clean, Inc. v. Borg Warner Corp. | W.D. Penn. 66-865 | Marsh | ✓ | |

DOCKET NO.   53

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 53 - NORGE CLEANING VILLAGE LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1&2 | CENTRAL-PENN CLEANERS, INC.<br>Markowitz, Kagon & Griffith<br>141 E. Market St.<br>York, Pa.<br><br>Richard A. Axelrod, Esq.<br>Shuman, Dexter & Land<br>634 Land Title Bldg.<br>Philaelphia, Penn. | BORG-WARNER CORP.<br>Nauman, Smith, Shissler & Hall<br>Bergner Bldg.<br>Harrisburg, Pa. |
| A-3 | Same as Above(A-1&2) also<br>Knox, Pearson & McLaughlin<br>23 W. 10th St.<br>Erie, Pennsylvania | |
| A-4 | NOTHWAY COIN-CLEAN, INC.<br>Robert G. MacAlister<br>Frank E. Coho<br>Alan R. Ash<br>1410 Grant Bldg.<br>Pitts., Pa. 15219 | |