JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DOCKET NO. 53        SEP 14 1970

PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Re:  Norge Cleaning Village Litigation

### ORDER

It appearing that plaintiff's motion to vacate the order of dismissal in *Northway Coin-Clean, Inc. v. Borg Warner Corp.*, W.D. Pennsylvania, Civil Action No. 66-685, has been denied and that there is no basis for the Panel's jurisdiction,

IT IS ORDERED that plaintiff's motion for transfer of the above-captioned litigation pursuant to 28 U.S.C. §1407 be and the same is hereby denied.

FOR THE PANEL:

*[signature]*
Alfred P. Murrah
Chairman